UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY STEWART,<br>    Plaintiff,<br>v.<br>JONAH LEE SCHREINER, et al.,<br>    Defendants. | Case No. 2:23-cv-00277-MMD-NJK<br><br>**ORDER** |

On June 20, 2024, the Court issued a Screening Order and Report and Recommendation, Docket No. 14, screening Plaintiff's First Amended Complaint ("FAC"), Docket No. 9.  Though the Court granted Plaintiff leave to amend, he did not file a second amended complaint.  The Court has issued a separate order and report and recommendation allowing claims in the FAC to proceed against Defendants John Doe Intake Officer, Jonah Lee Schreiner, and Nicolette Joy Hawkins. *See*  Docket No. 15.

Accordingly, **IT IS ORDERED** that:

1. The Clerk of the Court shall issue summons for: (1) Defendant Jonah Lee Schreiner; and (2) Defendant Nicolette Joy Hawkins, and deliver the same to the U.S. Marshal for service.  The Clerk of the Court shall also deliver two copies of the FAC (Docket No. 9) to the U.S. Marshal for service.
2. The Clerk of the Court shall send Plaintiff two blank copies of the Form USM-285.
3. Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required Form USM-285.[1]  Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must

---

[1] The USM-285 form is also available at www.usmarshals.gov/process/usm285.pdf.

file a notice with the court identifying whether defendant was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

4. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 90 days from the date this order is entered.

5. From this point forward, Plaintiff shall serve upon Defendant, or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the court. Plaintiff shall include with the original papers submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to Defendants or counsel for Defendants. The Court may disregard any paper received by a District Judge or Magistrate Judge that has not been filed with the Clerk, and any paper received by a District Judge, Magistrate Judge, or the Clerk that fails to include a certificate of service.

IT IS SO ORDERED.

Dated: August 16, 2024.

_____
Nancy J. Koppe
United States Magistrate Judge