UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTHONY STEWART, | |
|---|---|
| Plaintiff(s), | Case No. 2:23-cv-00277-MMD-NJK |
| v. | **ORDER** |
| JONAH SCHREINER, et al., | [Docket Nos. 39, 44] |
| Defendant(s). | |

Pending before the Court is a Rule 4(m) notice of intent to dismiss Defendant Jonah Lee Schreiner for lack of service. Docket No. 39. Plaintiff responded by seeking an extension of the service deadline. Docket No. 44. Defendant Hawkins filed a response. Docket No. 46.

Extensions of the service deadline are obtained by showing good cause and such extensions may be provided even without such a showing. Fed. R. Civ. P. 4(m).

In this case, Plaintiff attempted service once on Defendant Schreiner through Las Vegas Metropolitan Police Department (LVMPD). *See* Docket No. 19. Because Defendant Schreiner is no longer employed by LVMPD, however, service was not effectuated. *See id.* Given Plaintiff's *pro se* status, his prior attempt at service, and the lenient standard for extension in this context, the Court will discharge the Rule 4(m) notice and grant the motion to extend the deadline to effectuate service to May 23, 2025. Plaintiff is cautioned, however, that the Court is not inclined to extend this deadline further absent more robust service efforts. To that end, the Court reminds Plaintiff that he must file a motion explaining how service can be effectuated:

> If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

Docket No. 16 at 2.

1

Accordingly, the Rule 4(m) notice (Docket No. 39) is hereby **DISCHARGED** and Plaintiff's motion to extend the service deadline (Docket No. 45) is hereby **GRANTED**. The deadline to effectuate service is **RESET** to May 23, 2025

IT IS SO ORDERED.

Dated: March 31, 2025

                                                 _____
                                                 Nancy J. Koppe
                                                 United States Magistrate Judge