# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY STEWART,

    Plaintiff(s),

v.

NICOLETTE JOY HAWKINS, et al.,

    Defendant(s).

Case No. 2:23-cv-00277-MMD-NJK

**ORDER**

[Docket No. 63]

Pending before the Court is Plaintiff's motion to serve Defendant Jonah Lee Schreiner, Docket No. 63, which is **GRANTED**. The U.S. Marshal shall serve Defendant Jonah Lee Schreiner. The Court therefore **ORDERS** as follows:

- The Clerk's Office shall issue summons to Defendant Jonah Lee Schreiner under seal.
- The Clerk's Office shall deliver to the U.S. Marshal a copy of this order, including the USM-285 form attached hereto,[1] the summons, and the first amended complaint (Docket No. 9).
- Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Jonah Lee Schreiner was served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

---

[1] Plaintiff filed a USM-285 form, but it included service information for the Las Vegas Metropolitan Police Department. *See* Docket No. 63 at 2. As a one-time courtesy to Plaintiff, the Court has modified the USM-285 form so that service may be effectuated at Defendant Jonah Lee Schreiner's sealed address.

1

- Defendant Jonah Lee Schreiner's address shall remain sealed and shall not be provided to Plaintiff.
- The deadline to effectuate service is extended to August 13, 2025.

IT IS SO ORDERED.

Dated: July 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony Stewart #74912 | 2:23-cv-00277-MMD-NJK |
| DEFENDANT | TYPE OF PROCESS |
| Jonah Lee Schreiner P.#16942 | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jonah Lee Schreiner
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
see address under seal

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Anthony Stewart #74912
S.D.C.C.
P.O. Box 208
Indian Springs NV 89070

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
*Anthony Stewart #74912*

TELEPHONE NUMBER            DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

| Date | Time | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13