# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY STEWART,

    Plaintiff(s),

v.

JONAH LEE SCHREINER, et al.,

    Defendant(s).

Case No. 2:23-cv-00277-MMD-NJK

**ORDER**

It appears that Plaintiff has failed to update his address. Docket Nos. 72, 74, 76. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also in re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by September 8, 2025. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL.**

IT IS SO ORDERED.

Dated: August 18, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge