UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY STEWART,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>NICOLETTE JOY HAWKINS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-00277-MMD-NJK<br><br>ORDER |

Pro se Plaintiff Anthony Stewart brings this civil rights action pursuant to 42 U.S.C. § 1983 for claims arising from his detention at the Clark County Detention Center. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe concerning Stewart's failure to effectuate service upon Defendant Schreiner. Stewart had until October 8, 2025, to file an objection. To date no objection has been filed.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Koppe did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Koppe found that despite nearly a year's time and multiple notices of potential dismissal of Defendant Schreiner pursuant to Rule 4(m), Plaintiff has neither served Defendant Schreiner nor advanced a feasible means by which service could be effectuated. Accordingly, in her R&R, Judge Koppe recommended dismissing Defendant Schreiner pursuant to Rule 4(m).

The Court agrees with Judge Koppe and will adopt the R&R in full.

If is therefore ordered that the Report and Recommendation of Judge Koppe (ECF No. 85) is accepted and adopted in its entirety.

It is further ordered that Defendant Schreiner is dismissed pursuant to Rule 4(m).

It is further ordered that Plaintiff's motion (ECF No. 83) for the Las Vegas Metropolitan Police Department to release additional contact information for Defendant Schreiner is denied.

DATED THIS 17th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE