Christopher J. Lalli (5398)
**HUTCHISON & STEFFEN, PLLC**
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086

*Attorneys for Defendant*
*Nicolette Joy Hawkins*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY STEWART,<br><br>Plaintiffs,<br><br>vs.<br><br>NICOLETTE JOY HAWKINS, JONAH LEE SCHREINER,<br><br>Defendants. | Case No. 2:23-CV-00277-MMD-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant, Officer Nicolette Joy Hawkins, ("Defendant") substitutes the law firm of Hutchison & Steffen, PLLC as their attorneys of records in place and stead of the law firm of Lewis Brisbois Bisgaard & Smith LLP.

Dated this 14th day of August, 2026.

By: */s/Matthew Christian*
Assistant General Counsel

On behalf of Defendant

///

///

///

The law firm of Lewis Brisbois Bisgaard & Smith LLP agrees and consents to the substitution of the law firm of Hutchison & Steffen, PLLC as the attorneys of record for Defendant.

Dated this 14th day of August, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/Robert W. Freeman*
Robert W. Freeman (3062)
E. Matthew Freeman (14198)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118

The law firm of Hutchison & Steffen, PLLC accepts substitution as attorneys for Defendant in this matter.

Dated this 14th day of August, 2026.

**HUTCHISON & STEFFEN, PLLC**

*/s/Christopher J. Lalli*
Christopher J. Lalli (5398)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Defendants*
*Police Officer Sergio Lopez,*
*Police Officer Trevor Rundus;*
*Police Officer Lorson Kade;*
*Corrections Sergeant Brandeis Truman;*
*LVMPD*

**ORDER**

IT IS SO ORDERED.

______________________________
United States Magistrate Judge

DATED: August 14, 2026